IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Leonardo Paskell, )<br>           ) C/A No. 3:14-4182-MBS-SVH<br>    Plaintiff, )<br>           )<br>  vs. )<br>           )  **O R D E R**<br>SRA International, )<br>           )<br>    Defendant. )<br>_____) | |

  On October 27, 2014, Plaintiff Leonardo Paskell, proceeding pro se, filed a complaint against his former employer, Defendant SRA International, asserting that he was discriminated against based on his race and age. See 42 U.S.C. § 2000e et seq. In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Shiva V. Hodges for pretrial handling.

  The matter currently is before the court on Plaintiff's application to proceed in district court without prepaying fees or costs, which application was filed on October 27, 2014. ECF No. 3. On October 30, 2014, the Magistrate Judge issued a Report and Recommendation in which she recommended that Plaintiff's application be denied. Plaintiff filed objections to the Report and Recommendation on November 12, 2014 and December 29, 2014.

  The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). This court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1). This court may also receive further evidence or recommit the matter to the Magistrate Judge with

instructions.  Id.

The court has thoroughly reviewed the record, including additional information provided by Plaintiff in his objections.  The court declines to accept the recommendation of the Magistrate Judge.  Plaintiff's application to proceed in district court without prepaying fees or costs is **granted**.  The matter is recommitted to the Magistrate Judge for further pretrial handling.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

December 30, 2014.